AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of _____

FAZAL RAHEMAN
Plaintiff

v.

UNITED STATES

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

RECEIVED
DEC 17 2003

CASE NUMBER: **03-40292 PBS**

I, FAZAL RAHEMAN declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Federal Medical Center, Devens, Mass._

   Are you employed at the institution? _Yes_ Do you receive any payment from the _APP $15/month_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions. _Past Six Months ledger sheet attached_

2. Are you currently employed?          ☐ Yes          ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
      name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or
      wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state
the amount received and what you expect you will continue to receive.

# Inmate Statement



| Inmate Reg #: | 46236008 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | RAHEMAN-FAZAL, FAZAL UR | Housing Unit: | G UNIT |
| Report Date: | 12/12/2003 | Living Quarters: | G02-220L |
| Report Time: | 12:32:45 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/19/2003 9:56:57 AM | | | | Conversion | $30.53 | | $30.53 |
| DEV | 6/24/2003 9:55:36 PM | ITS0624 | | | ITS Withdrawal | $(10.00) | | $20.53 |
| DEV | 6/26/2003 7:57:03 PM | 103 | | | Sales | $(16.95) | | $3.58 |
| DEV | 6/30/2003 2:30:39 PM | 648 | | 1092276 | Local Collections | $100.00 | | $103.58 |
| DEV | 7/1/2003 4:53:35 PM | ITS0701 | | | ITS Withdrawal | $(40.00) | | $63.58 |
| DEV | 7/1/2003 7:23:35 PM | 69 | | | Sales | $(24.50) | | $39.08 |
| DEV | 7/1/2003 7:24:52 PM | 70 | | | Sales | $(6.50) | | $32.58 |
| DEV | 7/2/2003 10:24:54 AM | 3JV075 | | | Payroll - IPP | $15.06 | | $47.64 |
| DEV | 7/9/2003 8:18:38 PM | 71 | | | Sales | $(13.50) | | $34.14 |
| DEV | 7/9/2003 8:19:26 PM | 72 | | | Sales | $(6.50) | | $27.64 |
| DEV | 7/13/2003 5:18:29 PM | ITS0713 | | | ITS Withdrawal | $(15.00) | | $12.64 |
| DEV | 7/16/2003 4:39:33 PM | ITS0716 | | | ITS Withdrawal | $(10.00) | | $2.64 |
| DEV | 7/18/2003 2:05:50 PM | 1856 | | 1092292 | Local Collections | $50.00 | | $52.64 |
| DEV | 7/19/2003 9:54:17 AM | ITS0719 | | | ITS Withdrawal | $(25.00) | | $27.64 |
| DEV | 7/23/2003 7:25:17 PM | 105 | | | Sales | $(27.15) | | $0.49 |
| DEV | 7/23/2003 7:28:47 PM | 107 | | | Sales | $12.75 | | $13.24 |
| DEV | 7/28/2003 4:34:21 PM | ITS0728 | | | ITS Withdrawal | $(10.00) | | $3.24 |
| DEV | 8/3/2003 10:48:52 AM | ITS0803 | | | ITS Withdrawal | $(2.00) | | $1.24 |
| DEV | 8/4/2003 1:07:07 PM | 3JV086 | | | Payroll - IPP | $15.24 | | $16.48 |
| DEV | 8/6/2003 1:08:32 PM | 3100 | | 1092312 | Local Collections | $50.00 | | $66.48 |
| DEV | 8/6/2003 5:42:17 PM | ITS0806 | | | ITS Withdrawal | $(25.00) | | $41.48 |
| DEV | 8/6/2003 7:37:57 PM | 159 | | | Sales | $(9.65) | | $31.83 |
| DEV | 8/24/2003 8:28:21 PM | ITS0824 | | | ITS Withdrawal | $(15.00) | | $16.83 |
| DEV | 8/30/2003 11:35:28 AM | ITS0830 | | | ITS Withdrawal | $(9.00) | | $7.83 |
| DEV | 9/3/2003 12:11:49 PM | 3JV094 | | | Payroll - IPP | $15.48 | | $23.31 |
| DEV | 9/4/2003 12:49:03 PM | ISO041 | | | FRP Quarterly Pymt | $0.00 | | $23.31 |
| DEV | 9/4/2003 2:21:30 PM | 4904 | | 1092341 | Local Collections | $75.00 | | $98.31 |
| DEV | 9/5/2003 | ITS0905 | | | ITS | $(40.00) | | $58.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4:38:12 PM | | | Withdrawal | | |
| DEV | 9/10/2003 7:36:56 PM | 67 | | Sales | $(39.30) | $19.01 |
| DEV | 9/21/2003 9:11:07 AM | ITS0921 | | ITS Withdrawal | $(5.00) | $14.01 |
| DEV | 9/29/2003 2:18:53 PM | 6474 | 1092361 | Local Collections | $75.00 | $89.01 |
| DEV | 9/30/2003 5:24:14 PM | ITS0930 | | ITS Withdrawal | $(40.00) | $49.01 |
| DEV | 10/6/2003 2:19:10 PM | 3JV106 | | Payroll - IPP | $15.36 | $64.37 |
| DEV | 10/6/2003 3:26:00 PM | ISO001 | | FRP Single Pymt | $(25.00) | $39.37 |
| DEV | 10/7/2003 11:45:54 AM | 21 | | Sales | $(38.00) | $1.37 |
| DEV | 10/14/2003 2:28:19 PM | 815 | 1092377 | Local Collections | $75.00 | $76.37 |
| DEV | 10/14/2003 11:04:51 PM | ITS1014 | | ITS Withdrawal | $(25.00) | $51.37 |
| DEV | 10/25/2003 10:35:54 AM | ITS1025 | | ITS Withdrawal | $(20.00) | $31.37 |
| DEV | 11/1/2003 11:37:13 AM | ITS1101 | | ITS Withdrawal | $(10.00) | $21.37 |
| DEV | 11/4/2003 5:24:00 PM | 47 | | Sales | $(19.30) | $2.07 |
| DEV | 11/5/2003 10:04:36 AM | 4JV004 | | Payroll - IPP | $16.56 | $18.63 |
| DEV | 11/7/2003 7:28:48 PM | ITS1107 | | ITS Withdrawal | $(10.00) | $8.63 |
| DEV | 11/9/2003 9:17:01 AM | ITS1109 | | ITS Withdrawal | $(8.00) | $0.63 |
| DEV | 11/14/2003 1:59:50 PM | 2670 | 1079509 | Local Collections | $75.00 | $75.63 |
| DEV | 11/15/2003 3:38:09 PM | ITS1115 | | ITS Withdrawal | $(25.00) | $50.63 |
| DEV | 11/18/2003 11:28:36 AM | 14 | | Sales | $0.00 | $50.63 |
| DEV | 11/18/2003 11:32:26 AM | 15 | | Sales | $(26.80) | $23.83 |
| DEV | 11/24/2003 10:11:42 PM | ITS1124 | | ITS Withdrawal | $(10.00) | $13.83 |
| DEV | 11/28/2003 1:52:42 PM | 3478 | 1079513 | Local Collections | $100.00 | $113.83 |
| DEV | 12/2/2003 11:48:36 AM | 20 | | Sales | $(50.66) | $63.17 |
| DEV | 12/3/2003 4:43:04 PM | ITS1203 | | ITS Withdrawal | $(30.00) | $33.17 |
| DEV | 12/5/2003 8:26:46 AM | 4JV019 | | Payroll - IPP | $9.60 | $42.77 |
| DEV | 12/5/2003 8:50:34 AM | 91600108 | | FRP Quarterly Pymt | $(25.00) | $17.77 |
| DEV | 12/8/2003 10:31:00 PM | ITS1208 | | ITS Withdrawal | $(10.00) | $7.77 |
| DEV | 12/10/2003 4:32:44 PM | ITS1210 | | ITS Withdrawal | $(1.00) | $6.77 |

**Total Transactions: 55**

| | Totals: | 6.77 | 0.00 |
|---|---|---|---|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $6.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.77 |
| **Totals:** | **$6.77** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$6.77** |