UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>FAZAL RAHEMAN</u>,
                Plaintiff,

        v.                    Civil Action No.  03-40292-PBS

<u>UNITED STATES</u>,
                Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☒    The complaint shall be dismissed pursuant to the order dated February 9, 2004.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

6/9/2004                              s/ Patti B. Saris
DATE                                UNITED STATES DISTRICT JUDGE