UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAZAL RAHEMAN,
    Plaintiff,

v.      Civil Action No.  03-40292-PBS

UNITED STATES,
    Defendant.

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with this Court's order dated February 9, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date June 14, 2004

(noticeofdismissal.wpd - 12/98)      [odism.]